1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  One California Plaza
   300 South Grand Avenue, Suite 2670
3  Los Angeles, CA 90071-3161

4  Tel:  213-229-9292
   Fax: 213-229-9295
5  TPRLA@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7

FILED

NOV 1 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9                     FRESNO DIVISION

10

11  KingVision Pay-Per-View, Ltd.          CASE NO. 05-cv-0280 OWW SMS

12            Plaintiff,                    ORDER OF DISMISSAL

13

14            Vs.

15  Alfonso Rocco Menente, et al.

16            Defendants.

17

18        On September 19, 2005, counsel for each of the parties to the foregoing action appeared for oral

19  argument on Cross-Defendant Dish Network Service L.L.C.'s Motion to Dismiss For Failure to State a

20  Claim Upon Which Relief Can Be Granted (hereinafter "Dish Network's Motion to Dismiss").

21        WHEREFORE, it is ordered and adjudged that Defendants Alfonso Rocco Menente and Mary

22  Catherine Menente's Cross-Complaint is hereby dismissed *without prejudice*.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Defendants Alfonso Rocco Menente and Mary Catherine Menente (hereinater "Defendants") are hereby granted ten (10) days leave to amend their Cross-Complaint, however Defendants and their counsel are ordered to verify that any causes of action newly pled be in strict compliance with Rule 11 of the Federal Rules of Civil Procedure. If Defendants fail, or elect not, to file an amended cross-complaint within ten (10) days from the date of entry of this Order, Defendants' Cross-Complaint shall deemed to be dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that Dish Network and Plaintiff KingVision Pay-Per-View, Ltd., be granted attorneys' fees and costs from the Defendants concerning their expenses to file Dish Network's Motion to Dismiss and/or appear at the September 19, 2005, motion hearing. Counsel seeking fees and costs are ordered to file independent attorneys' fees and costs bills within ten (10) days from the date of entry of this Order or such will be deemed to be waived and not considered.

**IT IS SO ORDERED**:

Dated: **11-8-05**

**The Honorable Oliver W. Wanger**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///

## **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 300 South Grand Avenue, Suite 2670, Los Angeles, CA 90071.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 23, 2005, I served:

**ORDER OF DISMISSAL  (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. David C. Mathias, Esquire                    (Attorneys for Defendants and
The Law Office of David C. Mathias             Cross-Complainants)
225 West Oak Avenue
Visalia, California 93291

Mr. John G. Michael, Esquire                     (Attorneys for Cross-Defendant
Baker, Manock & Jensen                            Dish Network Service L.L.C. [f/ka Dish
5260 North Palm Avenue                            Network Services Corporation])
Fresno, California 93704

Mr. Joseph H. Boyle, Esquire                     (Attorneys for Cross-Defendant
T. Wade Welch & Associates                       Dish Network Service L.L.C. [f/ka Dish
2401 Fountainview Suite 700                       Network Services Corporation])
Houston, Texas 77057

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 23, 2005, at Los Angeles, California.

Dated: September 23, 2005                         _____/s/ Inesa Mamidjanyan_____
                                                                **INESA MAMIDJANYAN**

Page 3