DAVID C. MATHIAS, BAR #173720
THE LAW OFFICE OF DAVID C. MATHIAS
225 WEST OAK AVENUE
VISALIA, CALIFORNIA 93291
TELEPHONE: (559) 732-8111

ATTORNEY FOR DEFENDANTS AND CROSS-COMPLAINANTS, Alfonso Rocco Manente and Mary Catherine Manente, ind. and dba Manente's Sports Bar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD. | Case No.: CIV-F-05-0280 OWW SMS |
| Plaintiff, | |
| vs. | **ORDER RE MOTION FOR ATTORNEY FEES** |
| ALFONSO ROCCO MANENTE and MARY CATHERINE MANENTE, individually and dba MANENTE'S SPORTS BAR, | Hearing Date: January 9, 2006<br>Hearing Time: 10:00 a.m.<br>Judge: Hon. Olivier W. Wanger<br>Action Filed: February 28, 2005 |
| Defendants. | |
| ALFONSO ROCCO MANENTE and MARY CATHERINE MANENTE, individually and dba MANENTE'S SPORTS BAR, | |
| Cross-Complainant, | |
| vs. | |
| DISH NETWORK Service Corporation a Division of EchoStar Satellite, L.L.C, and DOES 1 through 10, | |
| Cross-Defendants. | |

///  ///  ///

1

ORDER RE MOTION FOR ATTORNEY FEES

On January 9, 2006, counsel for each of the parties to the foregoing action appeared for oral argument on Cross-Defendant Dish Network Service L.L.C.'s Motion for Attorney Fees.

WHEREFORE, it is ordered and adjudged that Cross-Defendant Dish Network Service L.L.C.'s Motion for Attorney Fees is denied.

IT IS FURTHER ORDERED that that portion of the order of Honorable Oliver W. Wanger entered November 10, 2005, regarding the awarding of attorneys fees to Cross-Defendant Dish Network Service L.L.C. and Plaintiff King Vision Pay-Per-View, be stricken.

2-1-06

_____
Honorable Oliver W. Wanger