| | |
|---|---|
| 1<br>2<br>3 | DAVID C. MATHIAS, BAR #173720<br>THE LAW OFFICE OF DAVID C. MATHIAS<br>225 WEST OAK AVENUE<br>VISALIA, CALIFORNIA 93291<br>TELEPHONE: (559) 732-8111 |
| 4<br>5 | ATTORNEY FOR DEFENDANTS, Alfonso Rocco Manente and<br>Mary Catherine Manente, ind and dba Manente's Sports Bar |

**FILED**

SEP 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD. | ) | |
| | ) | Case No.: CIV-F-05-0280 OWW SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTION FOR |
| vs. | ) | SUMMARY JUDGMENT AND SUMMARY |
| | ) | ADJUDICATION |
| ALFONSO ROCCO MANENTE and MARY | ) | |
| CATHERINE MANENTE, individually and dba | ) | Hearing Date: September 12, 2006 |
| MANENTE'S SPORTS BAR, | ) | Hearing Time: 10:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |
| Defendants. | ) | Action Filed: February 28, 2005 |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing on Plaintiff's Motion for Summary Judgment and Summary Adjudication of Issues in regard to the above matter will be continued from Tuesday, September 12, 2006, to Monday, October 23, 2006, at 10:00 a.m. before Honorable Oliver Wanger in the above entitled Court.

Dated: September 7, 2006.                LAW OFFICES OF THOMAS P. RILEY

                                                        /s/THOMAS P. RILEY
                                                       Thomas P. Riley
                                                       Attorneys for Plaintiff

1

| | |
|---|---|
| 1    Dated: September 7, 2006 | THE LAW OFFICE OF DAVID C. MATHIAS |

/s/DAVID C. MATHIAS
David C. Mathias
Attorney for Defendants

ORDER

IT IS SO ORDERED.

Dated: September 8, 2006.

_____
Honorable Oliver W. Wanger

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION