**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW, LTD.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ALFONSO ROCCO MANENTE, and MARY CATHERINE MANENTE, individually and d/b/a MANENTE SPORTS BAR,**<br><br>    Defendants. | **1:05-CV-00280**<br><br>**ORDER RE PARTIES FAILURE TO PROPERLY CITE TO RECORD EVIDENCE IN SUPPORT OF AND IN OPPOSITION TO THE PENDING MOTION FOR SUMMARY JUDGMENT AND TAKING HEARING ON MOTION FOR SUMMARY JUDGMENT OFF CALENDAR.** |

The district court has preliminarily reviewed the papers submitted by the parties in support of and in opposition to the pending motion for summary judgment. Both parties' citations to the record are woefully inadequate. For example, in support of Plaintiff's Undisputed Fact No. 3 ("Defendants intercepted and exhibited the April 17, 2004 Program in their commercial establishment without authorization from the Plaintiff."), Plaintiff's cites "Exhibits #1 through #9 of Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment...." (Doc. 50 at 2.) Plaintiff provides no page or line citations to this range of exhibits, which exceeds two hundred pages in length. The same failure is exhibited by Defendant. (*See* Docs. 58 through 59.) The court is under no obligation to search the record. *See Keenan v. Allan*,

1

91 F.3d 1275, 1279 (9th Cir. 1996).  With over 1400 active cases on its docket, the district court does not have time to perform work that it is the parties' obligation to undertake.

The motion for summary judgment is taken off calendar.  The parties shall resubmit their briefs and supporting papers with proper citations to the evidence, including page numbers and line references and obtain a new hearing date from the courtroom deputy clerk.

IT IS SO ORDERED.

**Dated:    October 13, 2006**            **/s/ Oliver W. Wanger**
b2e55c                                    UNITED STATES DISTRICT JUDGE