Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Alfonso Rocco Manente, et al.<br><br>Defendants. | CASE NO. CV 05-0280 OWW SMS<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALFONSO ROCCO MANENTE AND MARY CATHERINE MANENTE, individually and d/b/a MANENTE'S SPORTS BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendants ALFONSO ROCCO MANENTE and MARY CATHERINE MANENTE, individually and d/b/a MANENTE'S SPORTS BAR, that Plaintiff's complaint filed in the above-entitled action is hereby dismissed **without prejudice** against ALFONSO ROCCO MANENTE and MARY CATHERINE MANENTE, individually and d/b/a MANENTE'S SPORTS BAR subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

STIPULATION OF DISMISSAL
CV 05-5004 OWW SMS
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 1, 2006 this Court shall *not* have jurisdiction to set aside the above-referenced dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 13, 2006  */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

Dated:  */s/ David C. Mathias*
**THE LAW OFFICE OF DAVID C. MATHIAS**
By: David C. Mathias, Esquire
Attorneys for Defendants ALFONSO ROCCO MANENTE AND MARY CATHERINE MANENTE, individually and d/b/a MANENTE'S SPORTS BAR

**IT IS SO ORDERED**:

/s/ Oliver W. Wanger_____   Dated: 10/20/06
**The Honorable Oliver W. Wanger**
**United States District Court**
**Eastern District of Calif**

STIPULATION OF DISMISSAL
CV 05-5004 OWW SMS
PAGE 2

PDF created with pdfFactory trial version www.pdffactory.com